# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2012

145666

In re A. GODBOLDO-HAKIM, Minor.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 145666
COA: 308040
Wayne CC Family Division:
11-499774-NA

_____/

On order of the Court, the application for leave to appeal the July 17, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2012

_____
Clerk

s0918